IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER MOHLER,<br>Plaintiff,<br>v.<br>ANTHEM BLUE CROSS BLUE SHIELD HEALTHCARE PLAN OF GEORGIA, INC.,<br>Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)<br>)   FILE No. 1:21-cv-01319-TCB<br>)<br>)<br>) |

**O R D E R**

The parties having announced that this case has settled, the Court hereby **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** the case. The parties shall file a dismissal upon finalization of the settlement documents. If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**SO ORDERED,** this 25th day of  October  , 2021.

_____
Hon. Timothy C. Batten, Sr.
Chief United States District Judge

---

[1] Administratively closing a case is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.