## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **CHRISTOPHER MOHLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Civil Action** |
| **ANTHEM BLUE CROSS BLUE** | ) | **File No. 1:21-CV-01319-TCB** |
| **SHIELD HEALTHCARE PLAN** | ) | |
| **OF GEORGIA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW all parties hereto and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that this cause is due to be dismissed with prejudice.

Respectfully submitted this 27th day of December 2021.

<table>
<tr><td>

*/s/ Michael F. Braun*
Michael Franklin Braun
Georgia Bar No. 079842
5016 Centennial Boulevard
Suite 200
Nashville, Tennessee 37209
Telephone: (615) 378-8942
Facsimile: (629) 255-4445
mfb@braun-law.com

*Attorney for Plaintiff Christopher Mohler*

</td><td>

*/s/Jena C. Lombard*
Jena C. Lombard
Georgia Bar No. 213734
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656
jhollis@balch.com
jlombard@balch.com

*Attorneys for Defendant Anthem Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December 2021, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system and served upon counsel of record as follows:

Jena C. Lombard
BALCH & BINGHAM LLP
30 Ivan Allen Jr. Blvd. N.W., Suite 700
Atlanta, Georgia 30308

*/s/ Michael F. Braun*
Michael Franklin Braun

2

10614486.2